FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2024

SEAN F. McAVOY, CLERK

AUSA: NHH

County: Spokane

*In re Affidavit in Support of Criminal Complaint as to Matthew Glen Low*

| | |
|---|---|
| State of Washington | ) |
| | ss |
| County of Spokane | ) |

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Cory Dimas, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state and depose as follows:

### AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint seeking the arrest of Matthew Glen Low (herein "LOW") for violating 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, and 21 U.S.C. §§ 841(a)(1), (b)(1)(C), Possession with Intent to Distribute Methamphetamine.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since 2018. I am currently assigned to the FBI's Spokane Office, Safe Street Task Force. I have received extensive training in a variety of investigative and legal matters of violations of federal and state law. I have participated in numerous investigations that involved firearms, narcotics, and various other violent crimes.

3. As a Special Agent with the FBI, I have investigated cases involving, but not limited to, homicide, violent shootings, Hobbs Act robberies, stabbings, child exploitation, sexual assaults, domestic violence, firearms offenses, narcotics trafficking, cyberstalking, arson, etc. I have sought, executed, and participated in a number of federal search warrants, including in both violent crime cases and narcotics trafficking matters.

4. The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant by other local, tribal, and federal law enforcement agents. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

**RELEVANT FACTUAL ALLEGATIONS AS TO PROBABLE CAUSE**

5. On March 14, 2024, pursuant to a Federal search warrant signed by this Court in case number 2:24-MJ-00087-JAG, your affiant and other law enforcement officers executed a search warrant at LOW's residence at 4214 W. Crown Avenue in Spokane, Washington. This location is within the Eastern District of Washington.

6. During execution of the warrant, law enforcement officers, including myself, searched LOW's house and specifically LOW's bedroom. I believe this room was LOW's bedroom because I observed court documents discussing prior

criminal cases, which had LOW's full name and date of birth. I also observed debit cards with LOW's name on them in the same room. These cards were located next to a bag of white crystalline substance that was later weighed (33.6 grams) and tested positive for methamphetamine. A scale was located in close proximity that appeared, based upon the powder residue on the scale, to be utilized to weigh narcotics prior to distribution. Based upon the amount of suspected methamphetamine, the presence of the scale, and other evidence of drug trafficking in the house, such as a suspected cutting agent, empty drug packaging, and a money counter, I believe LOW possessed the suspected methamphetamine with the intent to distribute it.

7.     I also found a pistol (a Glock 17, Gen 4, bearing serial number AADX917 with ammunition in the magazine) in LOW's room underneath his bed. It was in a drawer that held men's clothing. I had local law enforcement run records checks on the firearm and the checks indicated the firearm had been reported as stolen in Issaquah, WA.

8.     Prior to executing the search warrant your affiant reviewed an FBI National Criminal Information Center (NCIC) report listing LOW's criminal history. I have also reviewed records showing that in 2018, LOW was convicted in the Superior Court of the State of Washington, Spokane County, of First-Degree Unlawful Possession of a Firearm. Low received a sentence of over twelve months imprisonment and therefore LOW knows that he was convicted of a crime

Complaint Affidavit of SA Cory Dimas (24-mj-00096-JAG) 3

punishable by over one year of imprisonment. Accordingly, LOW is a convicted felon and not allowed to possess a firearm under federal law.

9.    I have also consulted with FBI Special Agent Michael Pratt and he advised me that the Glock pistol described above was not manufactured in Washington State and therefore travelled in interstate commerce. SA Pratt indicated that he recently spoke with a Glock representative who informed SA Pratt that their firearms are made in Georgia or Austria. Accordingly, I respectfully submit there is probable cause to believe LOW violated 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as well as 21 U.S.C. §§ 841(a)(1), (b)(1)(C), Possession with Intent to Distribute Methamphetamine.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
**Cory Dimas**
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically on this 14th day of March, 2024.

_____
Honorable James A. Goeke
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF WASHINGTON

Complaint Affidavit of SA Cory Dimas (24-mj-00096-JAG) 4